IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CALVIN FRAZIER, # 177281, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv1168-TMH |
| | ) | |
| J.C. GILES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #35) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that

1.     The Recommendation (Doc. #35) of the Magistrate Judge is ADOPTED;

2.     The petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2254 is DENIED; and

3.     This case is DISMISSED with prejudice for lack of jurisdiction.

A separate judgment shall issue.

Done this 30th day of March, 2012.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE